1 MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2 JOHN GLUGOSKI (Cal. State Bar No 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3 RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
4 San Francisco, California 94104
Telephone: (415) 983-0900
5 Facsimile: (415) 397-9005
6 mike@righettilaw.com

7 Attorney for Plaintiff
Chris Romero
8
9 JEFFREY D. WOHL (Cal. State Bar No. 096838)
GINA GUARIENTI COOK (CAL. STATE BAR NO. 245611)
10 JULLIE Z. LAL (Cal. State Bar No. 279067)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
11 PAUL HASTINGS LLP
55 Second Street, 24th Floor
12 San Francisco, California 94105-3441
Telephone: (415) 856-7000
13 Facsimile: (415) 856-7100
14 jeffwohl@paulhastings.com
ginacook@paulhastings.com
15 jullielal@paulhastings.com
justinscott@paulhastings.com
16
17 Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN CAPISTRANO,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. 2:14-cv-04532-MWF-(JEMx)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Michael W. Fitzgerald |

1  Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2  Stipulated Protective Order.

Dated: March 10, 2016

_John E. McDermott_
John E. McDermott
United States Magistrate Judge